WILLIAM A. ROMAINE, #126966
Law Office of William A. Romaine
206 West Lacey Boulevard #309
Hanford, CA 93230
Telephone: (559) 582-9360
Facsimile: (559) 582-9350
E-mail: war@lawromaine.com

Attorneys for Plaintiffs

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
JUDITH D. CHAPMAN, #169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Telephone: (559) 636-4950
Facsimile: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for Defendants County of Tulare and Tulare County Sheriff's Department

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED HORNSBY II.<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, CALIFORNIA, JOSEPH ENGLAND, BRADLEY MCLEAN, JOSEPH CAMPOS, AND BILL WITTMAN IN HIS CAPACITY AS SHERIFF, COUNTY OF TULARE, CALIFORNIA<br><br>        Defendants. | Case Number: 1:14-cv-01236 EPG<br><br>STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHDULE |

///

///

1

STIPULATION AND ORDER CONTINUING HEARING ON MOTION - 1

1    BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, the
2 parties hereto do hereby stipulate that the hearing on defendants' motion for summary
3 judgment, currently scheduled to be heard on April 1, 2016 in the above-entitled court may,
4 for cause shown by the Declaration of William A. Romaine, attached hereto as Exhibit A and
5 incorporated herein by this reference, be continued to be heard on April 15, 2016 at the hour
6 of 10:00 AM in Courtroom 10 of the above-entitled court.
7    At the court's pleasure, based upon its determination of cause, Plaintiff and opposing
8 party shall electronically serve and file any opposition to the motion for summary judgment
9 on or before March 25, 2016, or March 28, 2016 and defendants may receive equal time and
10 electronically serve and file any reply to said opposition on or before April 8, 2016, or April
11 11, 2016.
12    It is so stipulated.

Dated: March 25, 2016              Kathleen Bales-Lange, Tulare County Counsel


                                   By: _____s/Judith Chapman_____
                                   Judith Chapman, Deputy, Attorney for Defendants


Dated March 25, 2016               Law Office of William A. Romaine

                                   By:_____s/ William A. Romaine_____
                                   William A. Romaine, Attorney for Plaintiff

///

///

///

**ORDER**

Based on the above stipulation, the Court continues the hearing on Defendants' Motion for Summary Judgment (ECF No. 27), currently set for April 1, 2016 at 10:00 a.m., to **April 15, 2016** at **10:00 a.m.** Briefing for the Motion shall be filed in accordance with Local Rule 230 and Defendants' reply may be filed no later than **April 8, 2016**. Plaintiff's opposition to the Motion, which was filed on March 28, 2016, is deemed timely filed.

IT IS SO ORDERED.

Dated:   **March 29, 2016**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE