William A. Romaine # 126966
war@lawromaine.com
Law Office of William A. Romaine
206 West Lacey Boulevard # 309
Hanford, California 93230
Telephone:  559 582 9360
Telecopier:  559 582 9350

Attorneys for Plaintiff Ted Hornsby II

Kathleen Bales-Lange, #094765
County Counsel for the County of Tulare
Crystal E. Sullivan, #176564
Chief Deputy County Counsel
Judith D. Chapman, #169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for Defendants County of Tulare, California et al.

# United States District Court
## Eastern District of California

| | |
|---|---|
| TED HORNSBY II<br><br>              Plaintiff,<br><br>     v.<br><br>COUNTY OF TULARE, CALIFORNIA, et.al.,<br><br>              Defendants. | Case Number:   1:14-cv-01236  EPG<br><br>STIPULATION AND ORDER AMENDING SCHEDULING CONFERENCE ORDER AS AMENDED |

By and through their respective counsel of record, the parties hereto do hereby stipulate as follows:

///

That the scheduling order (Docket # 18) in the above-entitled matter, as amended by the minute order of this court (Docket # 26) may be further amended as follows:

The pretrial conference, presently set for May 26, 2016, may be continued until June 27, 2016 at the hour of 11:00 AM in Courtroom 10 of the above-entitled court, before the Hon. Erica P. Grosjean, United States Magistrate Judge.

The trial by jury in the above-entitled matter, presently set to commence on August 2, 2016 may be continued until September 27, 2016 at the hour of 8:30 A.M. in Courtroom 10 of the above-entitled court, before the Hon. Erica P. Grosjean, United States Magistrate Judge.

It is so stipulated.

Dated: May 16, 2016                    Law Office of William A. Romaine


By:____/s William A. Romaine_____
Attorney for Plaintiff Ted Hornsby II

Dated: May 16, 2016                    Kathleen Bales-Lange, County Counsel for
                                       the County of Tulare, California


By:_____/s Judith D. Chapman_____
Deputy County Counsel, Attorneys for
Defendants.

///

///

///

**ORDER**

Based on the above stipulation and good cause appearing therein, it is hereby ordered that:

1. The pretrial conference, presently set for May 26, 2016, is continued to **June 27, 2016** at **11:00 a.m.** in Courtroom 10 before the Hon. Erica P. Grosjean, United States Magistrate Judge. The parties shall submit pretrial statements in accordance with Local Rule 281 in advance of the pretrial conference; and,

2. The trial, presently set to begin on August 2, 2016, is continued to **September 27, 2016** at **8:30 a.m.** in Courtroom 10 before the Hon. Erica P. Grosjean, United States Magistrate Judge.

IT IS SO ORDERED.

Dated:  **May 16, 2016**                                    /s/

UNITED STATES MAGISTRATE JUDGE