William A. Romaine, #126966
Law Offices of William A. Romaine
206 West Lacey Blvd. Suite 309
Hanford, CA 93230
Telephone: (559) 582-9360
Facsimile: (559) 582-0350

Attorneys for Plaintiff

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Judith D. Chapman, #169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Telephone: (559) 733-6263
Facsimile: (559) 737-4319

Attorneys for Defendant County of Tulare

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| TED HORNSBY II,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, CALIFORNIA, JOSEPH ENGLAND, BRADLEY MCLEAN, JOSEPH CAMPOS AND BILL WITTMAN IN HIS CAPACITY AS SHERIFF, COUNTY OF TULARE, CALIFORNIA<br>　　　　　Defendants. | **Case Number: 1:14-cv-01236-EPG**<br><br>**PARTIES' JOINT STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF THE JOINT PRE-TRIAL CONFERENCE STATEMENT**<br><br>**Date:**<br>**Time:**<br>**Courtroom:　10**<br><br>**Erica P. Grosjean**<br>**U.S. Magistrate Judge** |

**JOINT STIPULATION**

1

Plaintiff, TED HORNSBY II by and through his attorneys of record and Defendants, COUNTY OF TULARE, CALIFORNIA, JOSEPH ENGLAND, BRADLEY MCLEAN, JOSEPH CAMPOS AND BILL WITTMAN IN HIS CAPACITY AS SHERIFF, COUNTY OF TULARE, CALIFORNIA, by and through Tulare County Counsel, Deputy County Counsel, Judith D. Chapman, stipulate as follows:

The parties had to each prepare a Confidential Settlement Statement which was due Friday, June 17th pursuant to the Honorable Judge Sheila Oberto's Settlement Conference Order. Since these documents required a lot of information and were time consuming, it hindered the parties from working on the Joint Pre-Trial Statement.

WHEREAS, the parties have met and conferred and are in agreement to extend the deadline to file the Joint Pre-Trial Conference Statement until June 22, 2016 in order to give the parties additional time to review and agree as to the final Statement to be filed in this matter.

THEREFORE, the parties respectfully request that the time to file Joint Pre-Trial Conference Statement be extended for 2 days to June 22, 2016.

IT IS SO STIPULATED BY THE ATTORNEYS OF RECORD AND NAMED HEREIN.

Dated: 6-20-2016                                LAW OFFICE OF HERMEZ MORENO, PC

_____/s/_____
William A. Romaine, Attorney for Plaintiff

Dated: 6-20-2016                                KATHLEEN BALES-LANGE
                                                County Counsel

_____/s/_____
Judith D. Chapman, Attorney for Defendant County of Tulare

**ORDER**

Based on the parties' above Stipulation (ECF No. 46), and good cause appearing, IT IS HEREBY ORDERED that the Parties' JOINT PRE-TRIAL CONFERENCE STATEMENT in this matter be filed no later than **June 22, 2016**.

IT IS SO ORDERED.

Dated: __**June 21, 2016**__                    /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE