**William A. Romaine #126966**
war@lawromaine.com

Law Office of William A. Romaine
206 West Lacey Boulevard #309
Hanford, California 93230

Telephone: 559 582 9360
Telecopier: 559 582 9350

Attorney for Plaintiff Ted Hornsby II

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF KINGS

| | |
|---|---|
| Ted Hornsby II,<br><br>            Plaintiff,<br><br>    vs.<br><br>County of Tulare, California, Joseph England, Bradley McLean, Joseph Campos, and Bill Wittman in his capacity as Sheriff, County of Tulare, California<br><br>            Defendants. | Case Number: 1:14-cv-1236 EPG<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

The above-entitled matter having been settled by agreement among the parties and the settlement having been concluded, the parties hereto now hereby stipulate by and through their respective attorneys of record that the above-entitled matter may be dismissed with prejudice as to all parties and all causes of action.

///

It is so stipulated.

Dated: July 21, 2016              Law Office of William A. Romaine


By:____s/ William A. Romaine_____
William A. Romaine,
Attorney for Plaintiff Ted Hornsby II

Dated:  July 21, 2016             Kathleen Bales-Lange, County Counsel
County of Tulare, California


By:_____s/ Judith Chapman_____
Judith Chapman, Deputy County Counsel
Attorney for Defendants County of Tulare, California, Joseph England, Bradley McLean, Joseph Campos, and Bill Wittman in the capacity of Sheriff, County of Tulare, California

### ORDER

Pursuant to the above stipulation of the parties, the above-entitled action is DISMISSED WITH PREJUDICE as to all parties and all causes of action.  The Clerk is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  **August 4, 2016**                    /s/ Erica P. Grosjean

                                              UNITED STATES MAGISTRATE JUDGE